IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLINT ANDREW STATON, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-510 |
| | : | |
| MICKAEL ZAKEN, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 16th day of February 2022, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus (ECF Nos. 6, 15), the Lehigh County's District Attorney's Response (ECF No. 20), and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid (ECF No. 24), and Petitioner's Objections to the Report and Recommendation (ECF No. 25), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** as to Claims I-IV and **DISMISSED** as to Claims V-VI with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.